UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRENDA FISHER,

　　　　　　　　Plaintiff,

　　v.

COMMISSIONER OF SOCIAL SECURITY,

　　　　　　　　Defendant.

CASE NO. C23-5245-BAT

**ORDER REVERSING AND REMANDING FOR FURTHER ADMINISTRATIVE PROCEDURES**

　　　Based on the stipulation of the parties, the Court hereby ORDERS that this matter be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings. Upon remand, the Appeals Council will instruct the Administrative Law Judge to offer the claimant the opportunity for a hearing; re-evaluate Plaintiff's subjective complaints; re-evaluate the medical opinions and prior administrative medical findings; continue with the remaining steps of the sequential evaluation process to include obtaining vocational expert testimony, as necessary; and issue a new decision.

　　　This Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the case to the Commissioner for further administrative

//

//

proceedings. See *Melkonyan v. Sullivan*, 501 U.S. 89 (1991). Plaintiff may be entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. § 2412, upon proper request to this Court.

DATED this 31st day of August, 2023.

BRIAN A. TSUCHIDA
United States Magistrate Judge